IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

*In re* SUBPOENA SERVED ON
REGENT EDUCATION, INC.

---

CLINGMAN & HANGER
MANAGEMENT ASSOCIATES,
LLC as Trustee,

    *Plaintiff*,

v.

DAVID KNOBEL et al.,

    *Defendants*.

Civil Action No. ELH-17-3541

(Related Case: *Case No. 16-cv-62028-JAL-JG in the United States District Court for the Southern District of Florida*)

## ORDER

For the reasons stated in the Court's Memorandum Opinion, it is this 13th day of December, 2017, by the United States District Court for the District of Maryland, ORDERED:

1) Defendants' Motion to Compel Non-Party Regent Education, Inc.'s Compliance with Subpoena (ECF 1) is **GRANTED** in part and **DENIED** in part, as follows:

   a. Except as otherwise herein provided, Regent Education, Inc. is directed to comply with the subpoena by December 21, 2017, during normal business hours.

   b. Regent Education, Inc.'s request for reimbursement of costs already incurred (ECF 7) is **DENIED**.

   c. Regent Education, Inc. is directed to inform Defendants of the projected costs of further production.

   d. Defendants are directed to pay reasonable direct costs incurred by Regent Education, Inc. after the date of this Order in regard to its compliance with the subpoena, or to promptly notify Regent Education, Inc. that it does not seek further compliance.

2) The parties are directed to establish a protective order to protect the personally identifiable information of students; and

3) The Clerk is directed to close this case.

                              /s/
          Ellen Lipton Hollander
          United States District Judge